1
2
3
4                        IN THE UNITED STATES DISTRICT COURT
5                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                                SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS FOWLER,<br><br>Defendant. | **Case No.:** 3:20-mj-71116 TSH<br><br>~~[PROPOSED]~~ **ORDER RE: VACATING DETENTION HEARING**<br><br>**Court:**   Courtroom A, 15th Floor |

This matter came before this Court, pursuant to Rule 5 of the Federal Rules of Criminal Procedure, on Wednesday, August 12, 2020, and a future hearing was set for Monday, August 17, 2020, for the setting of a bond amount and identification of bond sureties.  Defendant waived a Preliminary Hearing and an Identity Hearing, and the matter was transferred to the Southern District of New York.

Earlier today, August 14, 2020, Defendant Fowler had his initial appearance in the Southern District of New York, and bond conditions were set.  As such, the issues that the parties intended to address at the August 17, 2020 are moot, and the parties agree that the hearing should be vacated.

IT IS SO STIPULATED.

| | |
|---|---|
| <u>August 14, 2020</u><br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California<br><br>            /S<br>BARBARA VALLIERE<br>Assistant United States Attorney |

|   |   |
|---|---|
| August 14, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|   | /S<br>SEVERA KEITH<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

|   |   |
|---|---|
| 8/14/2020<br>Dated | THOMAS S. HIXSON<br>United States Magistrate Judge |